UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| WHAT DO YOU MEME, LLC, | : | Case No. 1:22-cv-05065-JSR |
| | : | |
| Plaintiff, | : | **MOTION TO WITHDRAW** |
| v. | : | **AS DEFENSE COUNSEL** |
| | : | |
| INTELLIGENT CHANGE, LLC, | : | |
| | : | |
| Defendant. | : | |

---

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, INTELLIGENT CHANGE, LLC

Pursuant to Local Civil Rule 1.4, the undersigned counsel for Defendant Intelligent Change, LLC, hereby move to withdraw as counsel in this matter. The reasons for withdrawal are as follows.

1. The attorney client relationship has been terminated and withdrawal is mandatory under New York Rules of Professional Conduct 1.16(a)(3).

2. Defendant has retained new counsel. Said counsel have entered their appearance in this matter on behalf of Defendant.

3. Undersigned counsel have transferred all files to Defendant's new counsel.

4. Undersigned counsel are not asserting a retaining or charging lien on Defendant.

5. Plaintiff has stated that Plaintiff does not oppose this motion.

6. This motion is not interposed for delay, and no delays in the proceedings are anticipated. No prejudice will result to any party.

Wherefore, undersigned counsel respectfully request that the court issue an order that The Intellectual Property Group, PLLC, James Loring Silverberg, Esq., and Michal George Oliver, Esq. are withdrawn as Counsel for Defendant, and for all purposes, in this matter.

Dated: August 1, 2022  
Washington, District of Columbia

Respectfully Submitted,

The Intellectual Property Group, PLLC

By:  S/James Lorin Silverberg

By:  S/Michael George Oliver

James Lorin Silverberg, Esq.  
Michael G. Oliver, Esq.  
1050 30th Street NW  
Washington, DC  20007  
Telephone:  877-474-5297  
Facsimile:  443-450-3247  
Email: jls@ipg.law  
          mgo@ipg.law

*Attorneys for Defendant Intelligent Change, LLC*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
WHAT DO YOU MEME, LLC,                           :    Case No. 1:22-cv-05065-JSR
                                                 :
                  Plaintiff,                     :    **[PROPOSED] ORDER**
                                                 :
         against                                 :
INTELLIGENT CHANGE, LLC,                         :
                                                 :
                  Defendant.                     :
------------------------------------------------------------------ X

## [PROPOSED] ORDER GRANTING DEFENSE COUNSEL's MOTION TO WITHDRAW

Upon consideration of Defense Counsels' Motion to Withdraw, and the entire record herein, it is **HEREBY ORDERED** that:

The Intellectual Property Group, PLLC, James Lorin Silverberg, Esq., and Michael George Oliver, Esq., shall be and hereby are withdrawn for all purposes as counsel for Defendant in this matter.

IT IS SO ORDERED.

Dated: This ___1st___ day of ___August___, 2022

_____
Honorable Jed S. Rakoff
United States District Judge

1